**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 09-1230**

―――――――――――

GEORGE C. MCCULLOUGH,

                    Plaintiff - Appellant,

          v.

UNITED STATES OF AMERICA; GEORGE W. BUSH, JR.; RICHARD B.
CHENEY; NANCY PELOSI; JOHN G. ROBERTS, JR.; US PERSONS,
thereof,

                    Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior
District Judge.  (8:08-cv-04137-GRA)

―――――――――――

Submitted:  May 28, 2009              Decided:  June 5, 2009

―――――――――――

Before WILKINSON, KING, and GREGORY, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

George C. McCullough, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George C. McCullough appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCullough v. United States, No. 8:08-cv-04137-GRA (D.S.C. Feb. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED